MICHAEL E. HOWATT, Appellant, v. WILLIAM M. BARRETT, as President of the ADAMS EXPRESS COMPANY, Respondent.

*Howatt* v. *Barrett*, 156 App. Div. 849, affirmed.
(Submitted October 8, 1915; decided October 26, 1915.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 15, 1913, upon an order reversing a determination of the Appellate Term and affirming a judgment of the Municipal Court of the city of New York in favor of defendant in an action by a consignor of goods against an express company to recover for breach of contract in its failing to deliver the same to the consignee.

*Jacob Ansbacher* and *George A. Ferris* for appellant.

*Edward V. Conwell* and *George W. Smyth* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, CHASE, CUDDEBACK, HOGAN and CARDOZO, JJ. Absent: WILLARD BARTLETT, Ch. J. Not sitting: SEABURY, J.